THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-042-JNW |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE SENTENCING HEARING |
| JOSE G. RODRIGUEZ-MONTOYA, | |
| Defendant. | |

THE COURT has considered the parties' stipulated motion to continue the sentencing hearing along with the records in this case.

IT IS ORDERED that Jose Rodriguez-Montoya's sentencing hearing shall be continued from January 9, 2025, to February 27, 2025.

DONE this 2nd day of January 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Jose Rodriguez-Montoya

ORDER TO CONTINUE SENTENCING HEARING
(*U.S. v. Rodriguez-Montoya*, CR24-042-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100